DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4655
Facsimile: (415) 554-4699
E-Mail: tara.steeley@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
KEVIN KITCHINGHAM, in his official capacity;
BRIAN CHEU, in his official capacity; and,
EMILY COHEN, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRINA HALL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, KEVIN IAN KITCHINGHAM, PROJECT MANAGER, BRIAN CHEU, DIRECTOR OF COMMUNITY DEVELOPMENT, EMILY COHEN,<br><br>    Defendants. | Case No. C17-02161 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO NOVEMBER 15, 2017** |

1  WHEREAS, this Court entered an order to continue the Initial Case Management Conference
2  to September 27, 2017. (See Docket No. 35, filed July 7, 2017);
3  WHEREAS, Defendants' Motion to Dismiss First Amended Complaint is set for hearing on
4  October 5, 2017;
5  WHEREAS, the parties request that the Court continue the Initial Case Management
6  Conference to November 15, 2017, at 2:00 p.m., subject to the Court's availability, because continuing
7  the conference until after the October 5, 2017 Motion to Dismiss has been heard and decided will
8  conserve judicial resources and the parties' resources.
9  Accordingly, pursuant to Local Civil Rule 6-2, the parties stipulate as follows:
10  1. Subject to the Court's approval, the Initial Case Management Conference shall be
11  continued to Wednesday, November 15, 2017, at 2:00 p.m., or to a date shortly thereafter;
12  2. The last day to file the Joint or Separate Case Management Statement, file the Rule
13  26(f) Report, and exchange initial disclosures shall be November 8, 2017.

Dated: September 6, 2017

                DENNIS J. HERRERA
                City Attorney
                WAYNE SNODGRASS
                TARA M. STEELEY
                Deputy City Attorneys

                By:  /s/Tara M. Steeley
                TARA M. STEELEY
                Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO;
                KEVIN KITCHINGHAM, in his official capacity;
                BRIAN CHEU, in his official capacity; and,
                EMILY COHEN, in her official capacity

Dated: September 6, 2017

                By:  **/s/Patrina Hall
                PATRINA HALL
                Plaintiff, in pro per

**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS OBTAINED APPROVAL FROM THIS SIGNATORY.

# [PROPOSED] ORDER

For good cause appearing, the Court hereby ORDERS the following:

1. Initial Case Management Conference, set for September 27, 2017, shall be continued to November 15, 2017 at 2:00 pm.

2. The last day to file the Joint or Separate Case Management Statement, file the Rule 26(f) Report, and exchange initial disclosures shall be one week prior to the conference, or November 8, 2017.

IT IS SO ORDERED.

Dated: September 6, 2017

_____
THE HONORABLE JON S. TIGAR
Judge, United States District Court