1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   TARA M. STEELEY, State Bar #231775
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4655
   Facsimile:    (415) 554-4699
6  E-Mail:       tara.steeley@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO;
8  KEVIN KITCHINGHAM, in his official capacity;
   BRIAN CHEU, in his official capacity; and,
9  EMILY COHEN, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRINA HALL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, KEVIN IAN KITCHINGHAM, PROJECT MANAGER, BRIAN CHEU, DIRECTOR OF COMMUNITY DEVELOPMENT, EMILY COHEN,<br><br>    Defendants. | Case No. C17-02161 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO JANUARY 31, 2018** |

| | |
|---|---|
| 1 | WHEREAS, this Court entered an order to continue the Initial Case Management Conference to November 15, 2017, (*see* Docket No. 56, filed September 6, 2017); |

WHEREAS, this Court entered an order to continue the Initial Case Management Conference to November 15, 2017, (*see* Docket No. 56, filed September 6, 2017);

WHEREAS, Defendants' Motion to Dismiss First Amended Complaint is pending, and the Court has not yet rendered a decision on the matter;

WHEREAS, continuing the conference until after the Court renders a decision on Defendants' Motion to Dismiss First Amended Complaint will conserve judicial resources and the parties' resources;

WHEREAS, the parties jointly request that the Court continue the Initial Case Management Conference to January 31, 2018, subject to the Court's availability;

Accordingly, pursuant to Local Civil Rule 6-2, the parties stipulate as follows:

1. Subject to the Court's approval, the Initial Case Management Conference shall be continued to Wednesday, January 31, 2018, at 2:00 p.m., or to a date shortly thereafter;

2. The last day to file the Joint or Separate Case Management Statement, file the Rule 26(f) Report, and exchange initial disclosures shall be one week prior to the Case Management Conference.

Dated: October 30, 2017

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: /s/Tara M. Steeley
TARA M. STEELEY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
KEVIN KITCHINGHAM, in his official capacity;
BRIAN CHEU, in his official capacity; and,
EMILY COHEN, in her official capacity

Dated: October 30, 2017

By: **/s/Patrina Hall
PATRINA HALL
Plaintiff, in pro per

**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS OBTAINED APPROVAL FROM THIS SIGNATORY.

# [PROPOSED] ORDER

For good cause appearing, the Court hereby ORDERS the following:

1. Initial Case Management Conference, set for November 15, 2017, shall be continued to Wednesday, January 31, 2018 at 2:00 pm.

2. The last day to file the Joint or Separate Case Management Statement, file the Rule 26(f) Report, and exchange initial disclosures shall be ~~one week~~ nine days prior to the conference.

IT IS SO ORDERED.

Dated: October 30, 2017

THE HONORABLE JON S. TIGAR
Judge, United States District Court