1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   TARA M. STEELEY, State Bar #231775
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4655
   Facsimile:    (415) 554-4699
6  E-Mail:       tara.steeley@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO;
8  KEVIN KITCHINGHAM, in his official capacity;
   BRIAN CHEU, in his official capacity; and,
9  EMILY COHEN, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRINA HALL, | Case No. C17-02161 JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO JUNE 13, 2018** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, KEVIN IAN KITCHINGHAM, PROJECT MANAGER, BRIAN CHEU, DIRECTOR OF COMMUNITY DEVELOPMENT, EMILY COHEN, | |
| Defendants. | |

1  WHEREAS, this Court, on its own motion, entered an order to continue the Initial Case
2  Management Conference to March 28, 2018, (*see* Docket No. 81, filed December 22, 2017);
3  WHEREAS, Defendants' Motion to Dismiss Second Amended Complaint is pending, and the
4  Court has not yet rendered a decision on the matter;
5  WHEREAS, continuing the conference until after the Court renders a decision on Defendants'
6  Motion to Dismiss Second Amended Complaint will conserve judicial resources and the parties'
7  resources;
8  WHEREAS, the parties jointly request that the Court continue the Initial Case Management
9  Conference to June 13, 2018, subject to the Court's availability;
10  Accordingly, pursuant to Local Civil Rule 6-2, the parties stipulate as follows:
11  1. Subject to the Court's approval, the Initial Case Management Conference shall be
12  continued to Wednesday, June 13, 2018, at 2:00 p.m., or to a date thereafter that is convenient for the
13  Court;
14  2. The last day to file the Joint or Separate Case Management Statement, file the Rule
15  26(f) Report, and exchange initial disclosures shall be one week prior to the Case Management
16  Conference.

Dated: March 8, 2018

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys


By: /s/Tara M. Steeley
TARA M. STEELEY
Attorneys for Defendants

Dated: March 8, 2018


By: **/s/Patrina Hall
PATRINA HALL
Plaintiff, in pro per

**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS
OBTAINED APPROVAL FROM THIS SIGNATORY.

# [PROPOSED] ORDER

For good cause appearing, the Court hereby ORDERS the following:

1. Initial Case Management Conference, set for March 28, 2018, shall be continued to Wednesday, June 13, 2018 at 2:00 pm.

2. The last day to file the Joint or Separate Case Management Statement, file the Rule 26(f) Report, and exchange initial disclosures shall be one week prior to the conference.

IT IS SO ORDERED.

Dated: March 8, 2018

THE HONORABLE JON S. TIGAR
Judge, United States District Court