1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
3 | Deputy City Attorneys
City Hall, Room 234
4 | 1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
5 | Telephone: (415) 554-4655
Facsimile: (415) 554-4699
6 | E-Mail: tara.steeley@sfgov.org

7 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
8 | KEVIN KITCHINGHAM, in his official capacity;
BRIAN CHEU, in his official capacity; and,
9 | EMILY COHEN, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRINA HALL,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, KEVIN IAN KITCHINGHAM, PROJECT MANAGER, BRIAN CHEU, DIRECTOR OF COMMUNITY DEVELOPMENT, EMILY COHEN,<br><br>  Defendants. | Case No. C17-02161 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1     WHEREAS, this Court entered an order to continue the Initial Case Management Conference to November 14, 2018, (*see* Docket No. 104, filed August 6, 2018);

    WHEREAS, Defendants' Motion to Dismiss Third Amended Complaint ("Complaint") is pending, and the Court has not yet rendered a decision on the matter;

    WHEREAS, continuing the conference until after the Court renders a decision on Defendants' Motion to Dismiss the Complaint will conserve judicial resources and the parties' resources;

    WHEREAS, the parties jointly request that the Court continue the Initial Case Management Conference to sixty (60) days after the Court rules on Defendants' Motion to Dismiss Third Amended Complaint, subject to the Court's availability;

    Accordingly, pursuant to Local Civil Rule 6-2, the parties stipulate as follows:

1.     Subject to the Court's approval, the Initial Case Management Conference shall be continued to sixty (60) days after the Court rules on Defendants' Motion to Dismiss Third Amended Complaint, or to a date shortly thereafter as set by the Court;

2.     The last day to file the Joint or Separate Case Management Statement, file the Rule 26(f) Report, and exchange initial disclosures shall be one week prior to the Case Management Conference.

Dated: October 24, 2018      DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: /s/Tara M. Steeley
TARA M. STEELEY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
KEVIN KITCHINGHAM, in his official capacity;
BRIAN CHEU, in his official capacity; and,
EMILY COHEN, in her official capacity

Dated: October 24, 2018      By: **/s/Patrina Hall
PATRINA HALL
Plaintiff, in pro per

**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS OBTAINED APPROVAL FROM THIS SIGNATORY.

# [PROPOSED] ORDER

For good cause appearing, the Court hereby ORDERS the following:

1. Initial Case Management Conference, set for November 14, 2018, shall be continued to a date sixty (60) days after the Court rules on Defendants' Motion to Dismiss Third Amended Complaint or shortly thereafter, as set by the Court.

2. The last day to file the Joint or Separate Case Management Statement, file the Rule 26(f) Report, and exchange initial disclosures shall be one week prior to the conference.

IT IS SO ORDERED.

Dated: October 26, 2018

THE HONORABLE JON S. TIGAR
Judge, United States District Court